UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:09-CR-129(01) RM |
| ) | |
| CHAD MORRISON ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 20, 2010 [Doc. No. 24]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Chad Morrison's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:   February 11, 2010

/s/ Robert L. Miller, Jr.
Judge
United States District Court